935 A.2d 758

IN THE MATTER OF JOHN KELVIN CONNER, AN ATTORNEY AT LAW (ATTORNEY NO. 016941991).

October 31, 2007.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–120, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **JOHN KELVIN CONNER** of **JENKINTOWN, PENNSYLVANIA,** who was admitted to the bar of this State in 1991, should be reprimanded based on discipline imposed in the Commonwealth of Pennsylvania that in New Jersey violates *RPC* 1.15(a)(negligent misappropriation of client funds), *RPC* 1.15(b)(failure to promptly deliver funds to client), and *Rule* 1:21-6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **JOHN KELVIN CONNER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.